**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Melvin LANDFAIR, Defendant— Appellant.**

**No. 01–50429.
D.C. No. CR–00–00904–GHK.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

### MEMORANDUM **

Melvin Landfair appeals his judgment of conviction and 147–month sentence after his guilty plea to conspiracy in violation of 18 U.S.C. § 371 and armed bank robbery

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

in violation of 18 U.S.C. § 2113(a) with use of a firearm in violation of 18 U.S.C. § 924(c). His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we **GRANT** the motion to withdraw as counsel of record for appellant and the district court's judgment is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.